UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

NEHEMIAH ALONZO HEAD, SR.  :  CHAPTER 13
   :
Debtor.  :  CASE NO.: 18-50800-WLH

### AMENDED POST CONFIRMATION MODIFICATION OF PLAN AND REQUEST FOR APPROVAL

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

### MODIFICATION OF PLAN

Debtors hereby modify the Chapter 13 Plan, which was confirmed by order of this Court on July 23, 2018, as follows:

1. Debtor hereby modifies Section 2.1 of the Plan as follows:

"**Regular Payments to the trustee; applicable commitment period.**

The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:

   *Check one:*   ☒ 36 months    ☐ 60 months

   Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:

The debtor(s) will pay **$389.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

*Check if applicable.*
☐ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*"

2. Debtor hereby modifies Section 3.3 of the Plan as follows:

| Name of Creditor | Collateral | Purchase date | Estimated amount of claim | Interest rate | Monthly preconfirmation adequate protection payment | Monthly postconfirmation payment to creditor by trustee |
|---|---|---|---|---|---|---|
| Uaa | 2007 Yukon Denali 168000 miles | Opened 3/09/17 Last Active 12/15/17 | $11,158.00 | 5.25% | $100.00 | $175.00 increasing to 345.00 June 2020 |

3.  Debtor hereby modifies Section 4.3(e) of the Plan as follows:

"The unpaid balance and any additional amounts allowed under § 4.3(c) will be payable (1) at $__**170.00**__ per month from Regular Payments and (2) from Tax Refunds or Additional Payments, as set forth in § 2.6, until all allowed amounts are paid in full."

4.  Debtor hereby modifies Paragraph Section 8.1 of the Plan as follows:

**"Check "None" or List Nonstandard Plan Provisions.**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

*Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in this N.D. Ga. Chapter 13 Plan Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.*

***The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3. (Insert additional lines if needed.)***

Debtor's Student loans will be paid directly and are not to be paid as part of this Chapter 13 Plan. In the event Debtor's student loans are no longer in deferment or forbearance Debtor will promptly file an amended budget with the Court."

5.  The amended Chapter 13 Plan payment amount shall be effective retroactively commencing with the July 2018 payment.

This Plan modification (i) decreases the monthly plan payment from $1014.00 down to $389.00 (the confirmed Plan and the budget supporting the confirmed Chapter 13 Plan did not account for Debtor's non-filing spouses monthly expenses) retroactive to July 2018, (ii) amends the monthly post confirmation payments to Uaa on Debtor's vehicle, (iii) decreases the monthly payment towards attorney's fees from $618.00 down to $170.00 per month, and (iv) provides that student loans are to be paid directly and not through the Chapter 13 Plan.

Respectfully submitted this 8th day of November, 2018.

/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

NEHEMIAH ALONZO HEAD, SR.     :     CHAPTER 13
                                                 :
          Debtor.                   :     CASE NO.: 18-50800-WLH

### NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed, December 3, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Ted Turner Drive South West, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Nehemiah Alonzo Head, Sr.
45 Trelawney Avenue
Covington, GA 30016

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1403, Richard B. Russell Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 2:00 P.M. on December 12, 2018.

     Respectfully submitted this 8th day of November, 2018.

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

NEHEMIAH ALONZO HEAD, SR.    :    CHAPTER 13
                             :
         Debtor.             :    CASE NO.: 18-50800-WLH

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____/s/_____

NEHEMIAH ALONZO HEAD, SR.

This 8th day of November, 2018

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| NEHEMIAH ALONZO HEAD, SR. | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 18-50800-WLH |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Nehemiah Alonzo Head, Sr.
45 Trelawney Avenue
Covington, GA 30016

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: November 8, 2018

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          (p)1ST FRANKLIN FINANCIAL CORPORATION    (p)AUTOMOBILE ACCEPTANCE CORPORATION
113E-1                                   PO BOX 880                               PO BOX 961926
Case 18-50800-wlh                        TOCCOA GA 30577-0880                     RIVERDALE GA 30296-6914
Northern District of Georgia
Atlanta
Thu Nov  8 13:09:51 EST 2018

Credit One Bank Na                       Enhanced Recovery Co L                   First Premier Bank
Po Box 98875                             8014 Bayberry Rd                         3820 N Louise Ave
Las Vegas, NV 89193-8875                 Jacksonville, FL 32256-7412              Sioux Falls, SD 57107-0145



(p)GEORGIA DEPARTMENT OF REVENUE         Nehemiah Alonzo Head Sr.                 Internal Revenue Service
COMPLIANCE DIVISION                      45 Trelawney Avenue                      PO Box 7346
ARCS BANKRUPTCY                          Covington, GA 30016-6833                 Philadelphia, PA 19101-7346
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


LVNV Funding, LLC its successors and assigns   LVNV Funding, LLC its successors and assigns   Lvnv Funding Llc
assignee of FNBM, LLC                    assignee of North Star Capital           C/o Resurgent Capital Services
Resurgent Capital Services               Acquisition LLC                          Greenville, SC 29602
PO Box 10587                             Resurgent Capital Services
Greenville, SC 29603-0587                PO Box 10587
                                         Greenville, SC 29603-0587

Nwide Recvry                             Phoenix Financial Serv                   Pinnacle Credit Services, LLC its successors
3000 Kellway Dr                          8902 Otis Ave Ste 103a                   assigns as assignee of Cellco
Carrollton, TX 75006-3305                Indianapolis, IN 46216-1009              Partnership d/b/a Verizon Wireless
                                                                                  Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587

Pinnacle Llc/resurgent                   Premier Bankcard, Llc                    Quantum3 Group LLC as agent for
Po Box 1269                              Jefferson Capital Systems LLC Assignee   Cascade Capital LLC Series A
Greenville, SC 29602-1269                Po Box 7999                              PO Box 788
                                         Saint Cloud Mn 56302-7999                Kirkland, WA  98083-0788


SFC Central Bankruptcy                   Security Fin                             Howard P. Slomka
PO Box 1893                              C/o Security Finance                     Slipakoff & Slomka, PC
Spartanburg, SC 29304-1893               Spartanburg, SC 29304                    Overlook III - Suite 1700
                                                                                  2859 Paces Ferry Rd, SE
                                                                                  Atlanta, GA 30339-6213

U. S. Attorney                           UNITED AUTO ACCEPTANCE                   US Department of Education
600 Richard B. Russell Bldg.             P. O. BOX 926                            PO Box 16448
75 Ted Turner Drive, SW                  MORROW, GA 30260-0926                    St. Paul, MN 55116-0448
Atlanta GA 30303-3315


Us Dept Of Ed/glelsi                     Wells Fargo Bank                         Nancy J. Whaley
Po Box 7860                              Po Box 14517                             Nancy J. Whaley, Standing Ch. 13 Trustee
Madison, WI 53707-7860                   Des Moines, IA 50306-3517                303 Peachtree Center Avenue
                                                                                  Suite 120, Suntrust Garden Plaza
                                                                                  Atlanta, GA 30303-1216


Ryan J. Williams
Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 1st Franklin<br>135 E Tugalo Street<br>Toccoa, GA 30577 | Automobile Acceptance<br>749 Main St<br>Riverdale, GA 30274 | Georgia Department of Revenue<br>Bankruptcy Division<br>Post Office Box 161108<br>Atlanta, GA 30321 |
| (d)Uaa<br>Pob 960068<br>Riverdale, GA 30296 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients    0<br>Total    27 | |